# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA17-0175M |
| PORNTHEP SUKPRASERT DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _____, IT IS ORDERED that a detention hearing is set for _____Thursday, May 25_____, _2017_, at _9:00_ ☒a.m. / ☐p.m. before the Honorable _Jay C. Gandhi_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _May 24, 2017_

_____
Jay C. Gandhi, Magistrate Judge